# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                        Tel: 718-740-1000
Email: abdul@abdulhassan.com                                        Fax: 718-740-2000
*Employment and Labor Lawyer*                                  Web: www.abdulhassan.com

**June 1, 2018**

**Via ECF**

Hon. Kiyo A. Matsumoto, USDJ
Hon. Steven L. Tiscione, USMJ
United States District Court, EDNY
225 Cadman Plaza East, Courtroom: S905
Brooklyn, NY 11201

      **Re: Raju Shivagari v. Maspeth Foodmart Inc. et al.**
        **Case #:  15-cv-06893 (KAM)(ST)**
        **Notice of Settlement and Request for Adjournment**

Dear Judge Matsumoto/Magistrate-Judge Tiscione:

  My firm represents plaintiff in the above-referenced action, and I respectfully write to notify the Court that the parties have reached a settlement of this action. We are in the process of exchanging settlement papers and intend to file any necessary papers with the Court shortly. In light of the settlement, we kindly request an adjournment sine die of all upcoming appearances and deadlines, including the status conference currently scheduled for June 4, 2018 at 12:00 p.m.

  We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

**cc:**  **Defense Counsel via ECF**