**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

RAJU SHIVAGARI,

        Plaintiff,                    **ORDER**
                                          CV-15-6893 (ST)
    - against -

MASPETH AUTO CARE, INC., et al.,

        Defendants.
---------------------------------------------------------X

**TISCIONE, United States Magistrate Judge:**

    Having presided over settlement discussions in this matter, and having reviewed the settlement agreement and plaintiff's letters dated June 29, 2018, Docket Entry 55, and September 14, 2018, Docket Entry 58, I find that "the agreement reflects a reasonable compromise of disputed issues [rather] than a mere waiver of statutory rights brought about by an employer's overreaching." Le v. SITA Information Networking Computing, USA, Inc., 2008 WL 724155 (E.D.N.Y. Mar. 13, 2008)(internal quotations and citation omitted). See also Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). The settlement is therefore approved, the case is dismissed with prejudice and is closed.

    **SO ORDERED.**

                                                                 s/
                                                  **STEVEN L. TISCIONE**
                                                  **UNITED STATES MAGISTRATE JUDGE**

**Dated:**  **September 27, 2018**
        **Brooklyn, New York**